RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Kevin Armando Gaona

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00077-GMN-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | |
| KEVIN ARMANDO GAONA, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Kevin Armando Gaona, that the Sentencing Hearing currently scheduled on May 28, 2024, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     Undersigned counsel will begin the jury trial of *United States v. Dallmann*, 2:22-CR-00030-RFB-DJA on May 28, 2024-.  Counsel anticipates that the trial will continue throughout the entire month of June 2024 and possibly into the first week of July 2024.

2.    Defense counsel also needs additional time to prepare mitigation in support of the Sentencing Hearing.

3.    Counsel requested copies of various medical and family records in support of sentencing mitigation.  Counsel needs time to review the records with Mr. Gaona and prepare them for sentencing.

4.    The defendant is in custody and agrees with the need for the continuance.

5.    The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 15th day of May, 2024.

RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                        United States Attorney


By /s/ LaRonda Martin                          By /s/ David C. Kiebler
LARONDA MARTIN                              DAVID C. KIEBLER
Assistant Federal Public Defender              Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00077-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| KEVIN ARMANDO GAONA, | |
| Defendant. | |

  IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for May 28, 2024 at 10:00 a.m., be vacated and continued to  August 13, 2024   at the hour of 9:00 a.m.

  DATED this  17 day of May, 2024.

_____

UNITED STATES DISTRICT JUDGE

3